IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATAYA FREEMAN,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVL ACTION NO. 20-CV-400 |
| | : |
| GEORGE MICHAEL GREEN,<br>    Defendant. | :<br>: |

**ORDER**

AND NOW, this 10th day of February, 2020, upon consideration of Nataya Freeman's Motion to Proceed *in Forma Pauperis* (ECF No. 1) and Notice of Removal to Federal Court (ECF No. 2), it is **ORDERED** as follows:

1. Freeman's Motion to Proceed *in Forma Pauperis* is **DENIED**.

2. Freeman's Notice of Removal to Federal Court is **DENIED**.

3. This case shall be **REMANDED** forthwith to the Court of Common Pleas of Delaware County pursuant to 28 U.S.C. § 1455(b)(4).

4. The Clerk of Court is directed to mark this case as **CLOSED**.

BY THE COURT:

s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**